UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD AUGUST,

          Petitioner,

   v.

STATE OF CALIFORNIA, STANISLAUS COUNTY,

          Respondent.

No. C 15-2257 NC (PR)

**ORDER OF TRANSFER**

This federal habeas action, in which petitioner challenges convictions he suffered in the Stanislaus County Superior Court, is TRANSFERRED to the Eastern District of California, as that is the district of conviction. *See* 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk shall terminate all pending motions and transfer this matter forthwith.

IT IS SO ORDERED.

DATED:   July 1, 2015

                                      NATHANAEL M. COUSINS
                                      United States Magistrate Judge